**FILED**

CLERK, U.S. DISTRICT COURT

7/17/25

CENTRAL DISTRICT OF CALIFORNIA

BY _____ CS _____ DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

John Doe J.R.

Plaintiff,

V

Gratt & Associates P.C., et al., )

Defendants.

CV25-5976-ODW(SK)

MOTION FOR ORDER DIRECTING SERVICE BY UNITED STATES MARSHALS

Plaintiff John Doe J.R., proceeding pro se and in forma pauperis pursuant to 28 U.S.C. § 1915, respectfully

moves this Court for an order under Rule 4(c)(3) of the Federal Rules of Civil Procedure directing the United

States Marshal to effect service of process upon Defendant Gratt & Associates P.C. and Kevin Gratt, Esq.

I. INTRODUCTION

Plaintiff filed this action on June 29, 2025, and the Court granted leave to proceed in forma pauperis. A

summons has been issued by the Clerk of the Court. Plaintiff now requests that the Court formally direct the

United States Marshal to serve the summons and complaint on the named defendants at the business address

listed in the caption.

II. LEGAL STANDARD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Federal Rule of Civil Procedure 4(c)(3) provides:

"At the plaintiff's request, the court may order that service be made by a United States marshal or deputy

marshal or by a person specially appointed by the court. The court must so order if the plaintiff is authorized

to proceed in forma pauperis under 28 U.S.C. § 1915..."

Because Plaintiff has been granted IFP status (ECF No. 3), he is entitled to marshal service as a matter of law.

See Walker v. Sumner, 14 F.3d 1415, 1422 (9th Cir. 1994) ("an IFP plaintiff is entitled to rely on the U.S.

Marshal for service of summons and complaint").

III. REQUESTED RELIEF

Plaintiff respectfully requests that the Court:

1. Issue an order under Fed. R. Civ. P. 4(c)(3) directing the United States Marshal to serve a copy of the

summons and complaint (ECF Nos. 1 and 4) on:

- Gratt & Associates P.C.

Attn: Kevin Gratt, Esq.

3011 Farragut Road, Suite 2

Brooklyn, NY 11210-1537

IV. CONCLUSION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

For the reasons stated above, Plaintiff respectfully requests that the Court issue an order directing the U.S.

Marshal to serve Defendants Gratt & Associates P.C. and Kevin Gratt, Esq.

Respectfully submitted,

Dated: July 17, 2025

John Doe J.R.

Pro Se

Los Angeles, CA

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| John Doe J.R. | CASE NUMBER |
| | 2:25-cv-05976-DSF-SK |
| **PLAINTIFF(S)** | |
| v. | |
| Gratt and Associates P.C. et al | **ORDER RETURNING CASE FOR REASSIGNMENT** |
| **DEFENDANT(S).** | |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges.

July 9, 2025
Date

_United States District Judge_

---

**NOTICE TO COUNSEL FROM CLERK**

This case has been reassigned to Judge ___Otis D. Wright, II___ for all further proceedings.
On all documents subsequently filed in this case, please substitute the initials ___ODW___ after the case
number in place of the initials of the prior judge so that the case number will read ___2:25-cv-05976 ODW (SKx)___ .
This is very important because documents are routed to the assigned judge by means of the initials.

_cc:_  ☐ _Previous Judge_  ☐ _Statistics Clerk_

CV-89 (06/23)     ORDER RETURNING CASE FOR REASSIGNMENT

FILED
CLERK, U.S. DISTRICT COURT

06/29/2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ mba _____ DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Doe J.R. | CASE NUMBER |
| _____ | |
| PLAINTIFF/PETITIONER | 2:25-cv-05976-SRM (BFM) |
| V. | _____ |
| Gratt & Associates P.C. (Kevin Gratt, Esq.) | **REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT** |
| _____ | |
| DEFENDANT/RESPONDENT | |

I, John Doe J. R. _____ declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you currently employed?  ☐ Yes   ☐ No

    a.  If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer: _____
_____

    b.  If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. Never worked former drug baby _____

2. Have you received, *within the past twelve months*, any money from any of the following sources?

    Public benefits?  ☐ Yes   ☐ No
    Business, profession or form of self-employment?  ☐ Yes   ☐ No
    Rent payments, interest or dividends?  ☐ Yes   ☐ No
    Pensions, annuities or life insurance payments?  ☐ Yes   ☐ No
    Gifts or inheritances?  ☐ Yes   ☐ No
    Any other income (other than listed above)?  ☐ Yes   ☐ No
    Loans?  ☐ Yes   ☐ No
    Any other income (other than listed above)?  ☐ Yes   ☐ No

If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: I receive SSI EVERY MONTH _____
_____
_____

3.  Do you own any cash, or do you have money in a checking or savings account? (include any funds in prison accounts, if applicable)  ☐ Yes  ☑ No

If the answer is yes, identify each account and separately state the amount of money in each account for each of the *six (6) months* prior to the date of this declaration. _____

_____

_____

4.  Do  you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☑ No

If you answer is yes, describe the property and state its approximate value: _____

_____

_____

5.  In what year did you last file an Income Tax Return?  2022_____

Approximately how much income did your last return reflect?  16,000_____

6.  List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: _____

_____

_____

7.  Estimate your average monthly expenses below:

| | | | |
|---|---|---|---|
| Housing | 900 | Credit Cards | |
| Transportation | | Child Care | |
| Food | | Insurance | |
| Medical | | Loans | |
| Utilities | | Other | |

CA_____     Los Angeles_____
          State             County (or City)

**I,** John Doe J. R._____ **declare under penalty of perjury that the foregoing is true and correct.  Executed on:**

06/29/2025_____     .    _____
        Date          Plaintiff (Signature)

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| John Doe J. R. <br><br>_____ <br> *Plaintiff(s)* <br> v. <br> Gratt & Associates P.C. (Kevin Gratt, Esq.) <br> At el <br><br>_____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.  2:25-cv-05976-SRM (BFM) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Gratt & Associates P.C. (Kevin Gratt, Esq.)

3011 Farragut Road, Suite 2
Brooklyn, NY 11210-1537

(718) 963-3339

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    John Doe J. R. pro per

37722 57th st E Palmdale ca 93552

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    2:25-cv-05976-SRM (BFM)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0_____ .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                          *Server's signature*

                                              _____
                                                          *Printed name and title*


                                              _____
                                                          *Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... |  | Reset |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Doe J.R.<br><br><br>PLAINTIFF(S)<br><br>v.<br>Gratt and Associates P.C. et al<br><br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:25-cv-05976-DSF-SK<br><br><br>**ORDER RETURNING CASE**<br>**FOR REASSIGNMENT** |

        IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges.


July 9, 2025
_____                    _____
Date                                         United States District Judge


## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge ____Otis D. Wright, II____ for all further proceedings.
On all documents subsequently filed in this case, please substitute the initials ____ODW____ after the case number in place of the initials of the prior judge so that the case number will read ____2:25-cv-05976 ODW (SKx)____.
This is very important because documents are routed to the assigned judge by means of the initials.


*cc:*    ☐ *Previous Judge*    ☐ *Statistics Clerk*

IFP SUBMITTED

FILED
CLERK, U.S. DISTRICT COURT
06/29/2025
CENTRAL DISTRICT OF CALIFORNIA
BY        mba        DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

John Doe J.R.,

Plaintiff,


v.


Gratt & Associates P.C., et al., including Kevin Gratt, Esq.,

Defendant(s).


Case No.: _2:25-cv-05976-SRM (BFM)_


COMPLAINT FOR DAMAGES


1. Legal Malpractice

2. Breach of Fiduciary Duty

3. Fraud Upon the Court

4. Americans with Disabilities Act Violations (42 U.S.C. § 12132 et seq.)

5. HIPAA Violations (42 U.S.C. § 1320d et seq.)

6. Intentional Infliction of Emotional Distress

DEMAND FOR JURY TRIAL

## I. JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1367 because Plaintiff asserts claims arising under federal civil rights statutes, with supplemental jurisdiction over related state-law claims.

2. Venue is proper in this District under 28 U.S.C. § 1391 because a substantial part of the events or omissions giving rise to the claims occurred in the Central District of California, where Plaintiff resides and where Defendants agreed to perform legal services in a California-based matter.

## II. THE PARTIES

3. Plaintiff proceeds under the pseudonym John Doe J.R. to protect privacy as a childhood sexual abuse survivor and an individual with mental health disabilities receiving SSI benefits.

4. Defendant Gratt & Associates P.C. is a professional corporation organized under New York law with its principal office at 3011 Farragut Road, Suite 2, Brooklyn, NY 11210-1537, which agreed to act as co-counsel on Plaintiff's California matter.

5. Defendant Kevin Gratt, Esq., is the principal attorney at Gratt & Associates P.C. and was specifically identified in the retainer agreement as jointly responsible for Plaintiff's representation in California.

6. Plaintiff reserves the right to name additional DOES 1-10 once their identities are known, who may have participated in the acts described herein.

## III. FACTUAL ALLEGATIONS

7. On or about January 3, 2022, Plaintiff entered into a contingency fee agreement with Slater Slater &

Schulman LLP and Gratt & Associates P.C. to represent him in a California childhood sexual abuse matter.

8. The retainer agreement explicitly stated Gratt & Associates P.C. accepted joint responsibility for Plaintiff's legal representation and would share a portion of the contingency fee.

9. Despite that, Defendant Gratt & Associates P.C., including Kevin Gratt, performed no meaningful legal work, failed to supervise lead counsel, and failed to protect Plaintiff's rights.

10. Defendant knew or should have known that Plaintiff faced serious vulnerability, including recognized mental health disabilities, a history of trauma, and reliance on SSI income.

11. Defendant allowed:

  a. A 333-day delay before the case was even filed, risking claims and impairing evidence;

  b. No advice or support to report the sexual abuse to law enforcement;

  c. A claimed $500,000 mental health damages estimate without ensuring any therapy or treatment was arranged;

  d. A harmful "KD declaration" to be filed that contradicted and damaged Plaintiff's narrative, with no objection or intervention;

  e. Plaintiff's client file to be incomplete when requested in 2024, with about two years of communications missing and apparently concealed;

  f. Plaintiff to suffer repeated delays and continuances without meaningful advocacy.

12. Plaintiff reasonably believes Gratt & Associates P.C. entered the arrangement "pro bono" on contingency only to control or sabotage the claim from day one, while seeking a share of any recovery.

13. Defendant's inaction, silence, and failure to supervise amounted to constructive fraud and negligence, compounding harm to Plaintiff's mental health, financial prospects, and legal rights.

14. These failures occurred while Defendant was knowingly benefiting from the retainer's fee-sharing arrangement, thus breaching fiduciary duties and aiding procedural misconduct.

15. Plaintiff has suffered severe emotional distress, loss of a meritorious case, loss of treatment opportunities, and loss of fundamental trust in the justice system.

IV. CLAIMS FOR RELIEF

COUNT I - LEGAL MALPRACTICE

16. Plaintiff realleges all prior paragraphs.

17. Defendant owed Plaintiff a duty of care arising from the joint representation.

18. Defendant breached that duty by failing to act, failing to supervise, and allowing harmful acts to go unchecked.

19. These breaches directly and proximately caused Plaintiff's damages.

COUNT II - BREACH OF FIDUCIARY DUTY

20. Plaintiff realleges all prior paragraphs.

21. Defendant owed a fiduciary duty of loyalty, care, and confidentiality to Plaintiff.

22. Defendant breached that duty by ignoring Plaintiff's best interests while sharing in fees, and failing to provide even minimum oversight.

23. As a result, Plaintiff was harmed emotionally, legally, and financially.

COUNT III - FRAUD UPON THE COURT (42 U.S.C. § 1983 / Inherent Authority)

24. Plaintiff realleges all prior paragraphs.

25. Defendant participated in a fee-sharing arrangement while knowingly allowing fraudulent filings, unreasonable delays, and missing evidence.

26. These acts denied Plaintiff due process and amounted to fraud on the court.

COUNT IV - AMERICANS WITH DISABILITIES ACT VIOLATIONS (42 U.S.C. § 12132 et seq.)

27. Plaintiff realleges all prior paragraphs.

28. Plaintiff qualifies as a person with a disability and was entitled to reasonable accommodation and non-discriminatory representation.

29. Defendant failed to safeguard these rights, worsening Plaintiff's trauma and impairing fair access to justice.


COUNT V - HIPAA VIOLATIONS (42 U.S.C. § 1320d et seq.)


30. Plaintiff realleges all prior paragraphs.

31. Plaintiff's mental health records were implicated in the case, yet Defendant failed to supervise their protection, contributing to loss and possible mishandling of confidential health data.


COUNT VI - INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS


32. Plaintiff realleges all prior paragraphs.

33. Defendant's actions were extreme and outrageous in the context of representing a childhood sexual abuse survivor with disabilities, while knowingly doing nothing to protect him.

34. Defendant's conduct foreseeably caused Plaintiff severe mental and emotional anguish.


V. PRAYER FOR RELIEF


WHEREFORE, Plaintiff respectfully requests:

a. General damages according to proof at trial;

b. Consequential damages;

c. Punitive damages where permitted by law;

d. Statutory damages under federal civil rights statutes;

e. Costs of suit;

f. Any other relief this Court deems just and proper.

DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury on all issues so triable.

Respectfully submitted,

John Doe J.R.

Los Angeles, CA

Plaintiff, Pro Se

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

| **I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☒ ) | **DEFENDANTS** ( Check box if you are representing yourself ☐ ) |
|---|---|
| John Doe J.R , pro se | Gratt & Associates P.C. (Kevin Gratt, Esq.) |

| **(b)** County of Residence of First Listed Plaintiff    Los Angeles | County of Residence of First Listed Defendant    Brooklyn |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)* |

| **(c)** Attorneys (*Firm Name, Address and Telephone Number*) If you are representing yourself, provide the same information. | Attorneys (*Firm Name, Address and Telephone Number*) If you are representing yourself, provide the same information. |
|---|---|
| 37722 57th st E<br>Palmdale CA, 93552 | Gratt & Associates P.C. (Kevin Gratt, Esq.)<br>3011 Farragut Road, Suite 2<br>Brooklyn, NY 11210-1537 (718) 963-3339 |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☒ 1. U.S. Government Plaintiff
- ☐ 2. U.S. Government Defendant
- ☐ 3. Federal Question (U.S. Government Not a Party)
- ☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☐ 1. Original Proceeding
- ☒ 2. Removed from State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4. Reinstated or Reopened
- ☐ 5. Transferred from Another District (Specify)
- ☐ 6. Multidistrict Litigation - Transfer
- ☐ 8. Multidistrict Litigation - Direct File

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☐ No   (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☐ No   ☐ **MONEY DEMANDED IN COMPLAINT:** $

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause.  Do not cite jurisdictional statutes unless diversity.)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 376 Qui Tam (31 USC 3729(a)) | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 400 State Reapportionment | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 835 Patent - Abbreviated New Drug Application |
| ☐ 410 Antitrust | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 880 Defend Trade Secrets Act of 2016 (DTSA) |
| ☐ 450 Commerce/ICC Rates/Etc. | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | |
| ☐ 460 Deportation | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | **SOCIAL SECURITY** |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 861 HIA (1395ff) |
| ☐ 480 Consumer Credit | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 862 Black Lung (923) |
| ☐ 485 Telephone Consumer Protection Act | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 490 Cable/Sat TV | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 864 SSID Title XVI |
| ☐ 850 Securities/Commodities/Exchange | ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 865 RSI (405 (g)) |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | **FEDERAL TAX SUITS** |
| ☐ 891 Agricultural Acts | ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☒ 440 Other Civil Rights | **LABOR** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 893 Environmental Matters | ☐ 196 Franchise | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 895 Freedom of Info. Act | **REAL PROPERTY** | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| ☐ 896 Arbitration | ☐ 210 Land Condemnation | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accommodations | ☐ 740 Railway Labor Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 220 Foreclosure | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL COVER SHEET**

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A: Was this case removed from state court? | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| ☐ Yes   ☐ No | ☑ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| If "no," skip to Question B. If "yes," check the box that applies, enter the corresponding division in response to Question E, below, and continue from there. | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| QUESTION B: Is the United States, or one of its agencies or employees, a PLAINTIFF in this action? | **B.1.** Do 50% or more of the defendants who reside in the district reside in Orange Co.? *check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| ☐ Yes   ☐ No | | ☐ NO. Continue to Question B.2. |
| If "no," skip to Question C. If "yes," answer Question B.1, at right. | **B.2.** Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.) *check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C: Is the United States, or one of its agencies or employees, a DEFENDANT in this action? | **C.1.** Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.? *check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| ☐ Yes   ☑ No | | ☐ NO. Continue to Question C.2. |
| If "no," skip to Question D. If "yes," answer Question C.1, at right. | **C.2.** Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.) *check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D: Location of plaintiffs and defendants? | **A.** Orange County | **B.** Riverside or San Bernardino County | **C.** Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☐ |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☐ |

| **D.1. Is there at least one answer in Column A?** | **D.2. Is there at least one answer in Column B?** |
|---|---|
| ☑ Yes   ☐ No | ☐ Yes   ☐ No |
| If "yes," your case will initially be assigned to the SOUTHERN DIVISION. | If "yes," your case will initially be assigned to the EASTERN DIVISION. |
| Enter "Southern" in response to Question E, below, and continue from there. | Enter "Eastern" in response to Question E, below. |
| If "no," go to question D2 to the right. ➡ | If "no," your case will be assigned to the WESTERN DIVISION. Enter "Western" in response to Question E, below. ⬇ |

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: ➡ | Southern |

| QUESTION F: Northern Counties? | |
|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | ☐ Yes   ☐ No |

Case 2:25-cv-05976-ODW-SK    Document 11    Filed 06/29/25    Page 3 of 3    Page ID #:19

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**IX(a). IDENTICAL CASES**: Has this action been previously filed **in this court**?    ☑ NO    ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES**: Is this case related (as defined below) to any civil or criminal case(s) previously filed **in this court**?    ☐ NO    ☐ YES

If yes, list case number(s): _____

**If yes, you must file a Notice of Related Cases.  See Local Rule 83-1.3.**

**Civil cases** are related when they (check all that apply):

☐   A.  Arise from the same or a closely related transaction, happening, or event;

☐   B.  Call for determination of the same or substantially related or similar questions of law and fact; or

☐   C.  For other reasons would entail substantial duplication of labor if heard by different judges.

Note:  That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**A civil forfeiture case and a criminal case** are related when they (check all that apply):

☐   A.  Arise from the same or a closely related transaction, happening, or event;

☐   B.  Call for determination of the same or substantially related or similar questions of law and fact; or

☐   C.  Involve one or more defendants from the criminal case in common and would entail substantial duplication of labor if heard by different judges.

**X. STATEWIDE OR NATIONWIDE RELIEF**:  Does this case seek to bar or mandate enforcement of a state or federal law and seek declaratory or injunctive relief on a statewide or nationwide basis?    ☐ NO    ☐ YES

**If yes, see Local Rule 83-11 for additional requirements.**

**XI. SIGNATURE OF ATTORNEY**
**(OR SELF-REPRESENTED LITIGANT):** _____    DATE: _____06/29/2025_____

**Notice to Counsel/Parties:**  The submission of this Civil Cover Sheet is required by Local Rule 3-1.  This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  For more detailed instructions, see separate instruction sheet (CV-071A).

---

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended.  Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability.  (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

This case has been assigned to:

District Judge  **Dale S. Fischer**
Magistrate Judge  **Steve Kim**

The case number on all documents filed with the Court should read as follows:

**2:25−cv−05976−DSF (SKx)**

District judges in the Central District of California refer all discovery-related motions to the assigned magistrate judge pursuant to General Order No. 05-07. Discovery-related motions should be noticed for hearing before the assigned magistrate judge. Please refer to the assigned judges' Procedures and Schedules, available on the Court's website at www.cacd.uscourts. gov/judges-requirements, for additional information.

Clerk, U.S. District Court

_July 8, 2025_
Date

By  _/s/ Maria G Barr_
Deputy Clerk

---

## ATTENTION

*The party that filed the case-initiating document in this case (for example, the complaint or the notice of removal) must serve a copy of this Notice on all parties served with the case-initiating document. In addition, if the case-initiating document in this case was electronically filed, the party that filed it must, upon receipt of this Notice, promptly deliver mandatory chambers copies of all previously filed documents to the newly assigned-district judge. See L.R. 5-4.5. A copy of this Notice should be attached to the first page of the mandatory chambers copy of the case-initiating document.*

---

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| John Doe J. R. | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| Gratt & Associates P.C. (Kevin Gratt, Esq.) At el | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.  2:25-cv-05976-SRM (BFM)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Gratt & Associates P.C. (Kevin Gratt, Esq.)

3011 Farragut Road, Suite 2
Brooklyn, NY 11210-1537

(718) 963-3339

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John Doe J. R. pro per

37722 57th st E Palmdale ca 93552

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:25-cv-05976-SRM (BFM)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0_____ .

I declare under penalty of perjury that this information is true.


Date: _____        _____
                                        *Server's signature*

                                        _____
                                        *Printed name and title*


                                        _____
                                        *Server's address*

Additional information regarding attempted service, etc:




| Print | Save As... | | Reset |

FILED

CLERK, U.S. DISTRICT COURT

06/29/2025

CENTRAL DISTRICT OF CALIFORNIA

BY _____ mba _____ DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Doe J.R. | **CASE NUMBER** |
| _____ | |
| **PLAINTIFF/PETITIONER** | 2:25-cv-05976-SRM (BFM) |
| V. | |
| Gratt & Associates P.C. (Kevin Gratt, Esq.) | **REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT** |
| _____ | |
| **DEFENDANT/RESPONDENT** | |

I, John Doe J. R. _____ declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you currently employed?  ☐ Yes    ☐ No

    a.  If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer: _____

        _____ _____

    b.  If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. Never worked former drug baby _____

2. Have you received, *within the past twelve months*, any money from any of the following sources?

    Public benefits?  ☐ Yes  ☐ No

    Business, profession or form of self-employment?  ☐ Yes  ☐ No

    Rent payments, interest or dividends?  ☐ Yes  ☐ No

    Pensions, annuities or life insurance payments?  ☐ Yes  ☐ No

    Gifts or inheritances?  ☐ Yes  ☐ No

    Any other income (other than listed above)?  ☐ Yes  ☐ No

    Loans?  ☐ Yes  ☐ No

    Any other income (other than listed above)?  ☐ Yes  ☐ No

If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: I receive SSI EVERY MONTH _____

_____

_____

3. Do you own any cash, or do you have money in a checking or savings account? (include any funds in prison accounts, if applicable)   ☐ Yes   ☑ No

If the answer is yes, identify each account and separately state the amount of money in each account for each of the *six (6) months* prior to the date of this declaration. _____

_____

_____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   ☐ Yes   ☑ No

If you answer is yes, describe the property and state its approximate value: _____

_____

_____

5. In what year did you last file an Income Tax Return?   2022_____

Approximately how much income did your last return reflect?   16,000_____

6. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: _____

_____

_____

7. Estimate your average monthly expenses below:

| | | | |
|---|---|---|---|
| Housing | 900 | Credit Cards | |
| Transportation | | Child Care | |
| Food | | Insurance | |
| Medical | | Loans | |
| Utilities | | Other | |

CA_____          Los Angeles_____
State                                              County (or City)

**I,** John Doe J. R._____ **declare under penalty of perjury that the foregoing is true and correct.  Executed on:**

06/29/2025_____     .     _____
Date                                              Plaintiff (Signature)

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| John Doe JR | 2:25-cv-05976-ODW-SK |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Gratt and Associates P.C et al | Complaint /summons service |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Gratt and Associates P.C. et al, Kevin Gratt Esq

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
3011 Farragut Road, Suite 2 Brooklyn, NY 11210-1537

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Joseph Rose , Pro Se ,<br>37722 57th st E Palmdale CA, 93552 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:
718-963-3339

7189631470 (Fax) open 9-5pm

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>661 7411586 | DATE<br>07/15/2025 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. | District to Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am<br>☐ pm |
|---|---|---|---|

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

### INSTRUCTIONS FOR COMPLETING USM-285, PROCESS RECEIPT AND RETURN

- The Form USM-285 is a five-copy form set designed as a control document for process served by a U.S. Marshal or designee. Process may include, but is not limited to, a summons and complaint, subpoena, writ, or court order. The United States Marshals Service (USMS) is authorized by law (28 U.S.C. § 1921) to charge fees for the service of process. The amount of fees charged is established by regulation (28 C.F.R. §0.114). Except in cases where the litigant has been granted permission by the court for waiver of prepayment of fees and costs, the USMS must request advance payment of the estimated fees and expenses for service of process.

- Please type or print legibly. Submit one copy of the Form USM-285 and one copy of each process for each individual, company, corporation, government agency, etc., to be served or property to be seized.

- In cases where the court has directed the USMS to effect service of a summons and complaint upon an officer or agent of the United States Government, submit a copy of the summons and complaint and Form USM-285 for each officer or agent upon whom service is desired. Submit two (2) additional copies of the summons and complaint for service upon the Government of the United States. The U.S. Marshal or designee will serve one copy upon the U.S. Attorney and will forward the other copy to the Attorney General of the United States. (When the applicable box is checked, completion of the final signature block by the U.S. Marshal or designee certifies service on the U.S. Attorney and the U.S. Attorney General, regardless of whether other defendants on the summons were served). Failure to provide sufficient copies will delay service of the summons.

- Mark all applicable check boxes and use the "Special Instructions" to advise of any information that will assist the USMS in expediting service. You are responsible for providing accurate and sufficient information that will identify the individual or entity to be served or the property to be seized.

- If more than one item of process and Form USM-285 is submitted on a single case, the U.S. Marshal or designee will receipt for all of them on the first Form USM-285. You will receive for your records the "Acknowledgment of Receipt" copy for all the USM-285 forms you submit. When the process is served, you will receive the "Notice of Service" copy. This copy will be identical to the return to the Clerk of the U.S. District Court.

- Upon completion of all services, you will receive a "Billing Statement" copy of Form USM-285. You should return this "Billing Statement" copy to the USMS, together with your payment, in the form of a certified or bank check payable to the U.S. Marshal, for any amounts still owed. The USMS will not accept personal checks.